BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 5:12-mj-64-JLT |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER |
| v. | |
| HECTOR MANUEL ROCHA-CARRANCO, | PROPOSED DATE: November 30, 2012<br>TIME:    1:30 p.m.<br>COURT:   10 (GSA) |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Supervising Assistant Federal Defender Francine Zepeda, Counsel for Defendant Hector Manuel Rocha-Carranco, that the preliminary hearing currently set for Wednesday, November 28, 2012 at 1:30 p.m. **may be continued to Friday, November 30, 2012, at 1:30 p.m. before United States Magistrate Judge Gary S. Austin.** The reason for the continuance is that the grand jury will not meet again until November 29, 2012.  The parties agree that this continuance will conserve time and resources for both parties and the court.
///

- 1 -    STIPULATION TO CONTINUE STATUS CONFERENCE
                          AND ORDER THEREON

```
                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: November 19, 2012    By:    /s/ MIA A. GIACOMAZZI
                                  MIA A. GIACOMAZZI
                                  Special Assistant U.S. Attorney


Dated: November 19, 2012    By:    /s/ FRANCINE ZEPEDA
                                  FRANCINE ZEPEDA
                                  Attorney For Defendant
```

- 2 -     STIPULATION TO CONTINUE STATUS CONFERENCE
                              AND ORDER THEREON

**ORDER**

**IT IS SO ORDERED** that the preliminary hearing currently set for Wednesday, November 28, 2012 at 1:30 p.m. **is CONTINUED to Friday, November 30, 2012, at 1:30.**

IT IS SO ORDERED.

Dated:   **November 20, 2012**           **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

- 3 -     STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON